IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FRANK JAMES BLASINGAME
ADC # 140321                                                               PLAINTIFF

v.                          No. 5:13-cv-253-DPM

JOY JONES, Correctional Sergeant,
ADC, Delta Unit; JAMES T. BANKS,
Head Warden, ADC, Delta Unit;
RAYMOND NAYLOR, Disciplinary
Hearing Administrator, ADC; and
JAMES BANKS, Security Warden, ADC,
Delta Unit                                                                 DEFENDANTS

## JUDGMENT

Blasingame's complaint is dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment and the related Order would not be taken in good faith.

*[signature]*
D.P. Marshall Jr.
United States District Judge

28 August 2013