IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**FRANK JAMES BLASINGAME**
**ADC # 140321**                                                     **PLAINTIFF**

v.                      No. 5:13-cv-253-DPM

**JOY JONES, Correctional Sergeant,**
**ADC, Delta Unit; JAMES T. BANKS,**
**Head Warden, ADC, Delta Unit;**
**RAYMOND NAYLOR, Disciplinary**
**Hearing Administrator, ADC; and**
**JAMES BANKS, Security Warden, ADC,**
**Delta Unit**                                           **DEFENDANTS**

## JUDGMENT

Blasingame's complaint is dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment and the related Order would not be taken in good faith.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 August 2013